IN THE MATTER OF THE TRANSFER INHERITANCE TAXES IN THE ESTATE OF ELIZABETH RODMAN VOORHEES, DECEASED.

UNION COUNTY TRUST COMPANY, SUCCESSOR EXECUTOR OF THE ESTATE OF ELIZABETH RODMAN VOORHEES, DECEASED, PROSECUTOR-APPELLANT, v. J. H. THAYER MARTIN, STATE TAX COMMISSIONER, DEFENDANT-RESPONDENT.

Submitted October 27, 1939—Decided January 25, 1940.

For the prosecutor-appellant, *Whittemore & McLean* and *Sigurd A. Emerson.*

For the defendant-respondent, *David T. Wilentz* and *William A. Moore.*

For New Jersey College for Women, *Russell E. Watson.*

PER CURIAM.

The appeal in this case is from an affirmance in the Supreme Court of a decree of Vice-Ordinary Buchanan affirming a transfer tax assessment, *In re Voorhees,* 123 *N. J. Eq.* 142. After a careful examination of the record and the briefs of counsel, we conclude that the determinations of the learned vice-ordinary as applied to the facts in this case are in accordance with the law of this state.

The judgment under review will be affirmed.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, RAFFERTY, HAGUE, JJ. 10.

*For reversal*—None.